UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                                          Case No.: 11-42079-RBR

DAVID EDWARD SCOTT and
DEBORAH ELEANOR SCOTT,                                      Chapter 13

      Debtors.
_____/

### OBJECTION TO MOTION TO MODIFY CONFIRMED PLAN OF REORGANIZATION

COMES NOW, Creditor MARIPOSA ISLES AT MONARCH LAKES HOMEOWNER'S ASSOCIATION, INC. ("ASSOCIATION"), by and through its undersigned counsel , and timely files this Objection to Motion to Modify Confirmed Plan of Reorganization filed by the Debtors for the following reasons:

1. As stated in Debtors motion, under the plan originally confirmed, Debtors were to make direct payments to ASSOCIATION and Debtors failed to do so. However, the amount in arrears of $11,566.27, as stated in Debtors' Motion is incorrect.  Said amount only constitutes monies owed to the ASSOCIATION through July 15, 2015 pursuant to the ASSOCIATION's Claim of Lien recorded in Instrument# 113106334 in Broward County Public Records.

2. Debtors' Motion fails to acknowledge the assessments due for the months of August, September, and October, 2015 at an amount of $115.00 per month and a late fee of $25.00 per month for a total of $420.00.  In addition, the proposed modified plan states that monthly payments will resume as early as the month of November 2015. However, November has passed and

December is now past due and thus a late fee of $25.00 is due for each month as well.

3. Therefore, the correct amounts in arrears that is due to the ASSOCIATION is $12,266.27, which is inclusive of the assessments and late fees for August, September, October, November and December 2015.

4. The proposed payments are insufficient to compensate the ASSOCIATION for the arrears.

WHEREFORE, Creditor ASSOCIATION requests that the Court deny modification as stated in Debtors' Motion and award fees and costs for bringing this Objection together with such other relief as this Court deems just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090 (1)(A).

Respectfully Submitted,
TUCKER AND TIGHE P.A.

*/s/ Steven M. Canter*

Steven M. Canter, Esq.
Florida Bar No. 605891
Counsel for Creditor Association
800 East Broward Blvd., Suite 710
Fort Lauderdale, Florida  33301
Phone: (954) 467-7744
Email:  pleadings@tuckertighe.com
            Steven@tuckertighe.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Motion was served via electronic notice if registered in the Electronic Case Filing system, otherwise by regular U.S. Mail, to the parties listed on the below service list, on this 15TH day of December, 2015.

                                       **TUCKER AND TIGHE P.A.**
                                       *Attorneys for Creditor Association*
                                       800 E. Broward Blvd., Suite 700
                                       Fort Lauderdale, FL 33301
                                       Phone: (954) 467-7744
                                       E-mail: pleadings@tuckertighe.com
                                                        Steven@tuckertighe.com

                                    By:    */s/ Steven M. Canter*
                                           **STEVEN M. CANTER, ESQ.**
                                           Fla. Bar No. 605891

## SERVICE LIST

**Samuel S. Sorota, Esq.**
*On behalf of Debtors David Edward Scott
and Deborah Eleanor Scott*
ssorota@bellsouth.net
(Via CM/ECF and e-mail)

Robin R. Weiner
*Trustee*
P.O. Box 559007
Fort Lauderdale, FL 33355
(via CM/ECF and U.S. Mail)

**Office of the U.S. Trustee**
*U.S. Trustee*
51 SW 1st Ave., Suite 1204
Miami, FL 33130
(via CM/ECF and U.S. Mail)