UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
**SEVENTH** Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: David Edward Scott           JOINT DEBTOR: Deborah Eleanor Scott     CASE No.: 11-42079-RBR
Last Four Digits of SS# 3340         Last Four Digits of SS# 1136

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $ 3,641.21   for months 1 to 51;
   B.   $ 16,383.63  for months 52;
   C.   $ 3,719.83   for months 52;
   D.   $ 3,169.82   for months 53 to 57;
   E.   $ 4,196.73   for months 58 to 60;  in order to pay the following creditors:

        Chapter 13 Fee     $3,500.00
        Modification Fee   $  500.00

Administrative: Attorney's Fee - $ 4,000.00   TOTAL PAID $ 3,500.00

        Balance Due    $ 500.00   payable $ 500.00 /month (Month 52)


Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.   Power Financial Credit Union        Arrearage on Petition Date     $ 53,212.04
Address: 2020 NW 150 Ave                 Arrears Payment    $ 933.55 /month   (Months 1 to 51)
         Pembroke Pines, Fl 33028-2805   Regular Payment    $ 2,376.67/month  (Months 1 to 60)
Account No: 77031136801                  Arrears Payment    $ 7,597.17/ month (Month 52)


2.   Mariposa Isles At Monarch Lakes     Arrearage on Petition Date     $12,266.27*
Address: c/o First Service Residential, Inc.
         2950 N 28 Terrace               Arrears Payment    $ 6,797.04/month   (Months 52)
         Hollywood, Fl 33020             Regular Payment    $ 504.99/month     (Months 52 to 60)
                                         * Lump sum payment out of plan $5,469.23 for
Account No. 4613-0000-0074-01            arrears subsequent to 4/24/12



IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | _____ To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____        Total Due $
                                  Payable  $_____/month (Months___ to ___) Regular Payment $

Unsecured Creditors: Pay $ 933.55 /month (Months 58 to 60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th, during the pendency of the Chapter 13 case. In the event the Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____          _____
Debtor  David Edward Scott                Joint Debtor Deborah Eleanor Scott

Date: 3/14/16                             Date: 3/14/16